UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN BARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC ARNOLD,<br><br>　　　　　Defendant. | Case No.  15-cv-04478-JSC<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 8 |

　　　　Petitioner, a California prisoner proceeding pro se, filed this habeas petition under 28 U.S.C. § 2254.  Respondent filed a motion to dismiss the petition (ECF No. 7) on the grounds that it is a second or successive federal habeas petition unauthorized by the United States Court of Appeals.  *See* 28 U.S.C. § 2244(b).  Petitioner has not filed an opposition, but it is clear from his recent motion for default (ECF No. 8) --- properly declined by the Clerk --- that Petitioner has not received the motion to dismiss.  Accordingly, on or before **April 27, 2016,** Respondent shall serve the motion to dismiss on Petitioner again and file a proof of such service with the Court.  The deadline for Petitioner to file an opposition is extended to and including **May 25, 2016**.  Respondent shall file a reply brief within **14 days** of the date any opposition is filed.

　　　　**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN BARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC ARNOLD,<br><br>    Defendant. | Case No.  15-cv-04478-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tremain  Barker ID: Prisoner Id K-61525
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: April 22, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2